IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONNA DENNEY,

        Plaintiff,

  vs.                          Civil Action 2:04-CV-941
                                Judge Smith
                                Magistrate Judge King

BALLY TOTAL FITNESS
CORPORATION,

        Defendant.


## ORDER

        Plaintiff was ordered to document service of process by May 1, 2005, Doc. No. 5, but has not done so.  Pursuant to the provisions of F.R. Civ. P. 4(m), the claims in this action are **DISMISSED** without prejudice.


                                                       s/George C. Smith
                                                   George C. Smith, Judge
                                           United States District Court